# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DEREK LEE WHITE, ) | |
| Petitioner, ) | |
| v. ) | Case No. 3:14-cv-01281 |
| DEBRA JOHNSON, Warden, ) | Judge Campbell |
| Respondent. ) | |

## ORDER

Petitioner Derek White, a state prisoner incarcerated at the Turney Center Industrial Complex in Only, Tennessee, filed a *pro se* petition under 28 U.S.C. § 2254 for a writ of habeas corpus (ECF No. 1), challenging a conviction and sentence issued by the Davidson County Criminal Court in 2011.

As explained in the accompanying Memorandum Opinion, the Court finds that White is not entitled to relief on the basis of the grounds articulated in his petition. Accordingly, his request for an evidentiary hearing is **DENIED**. His habeas petition (ECF No. 1) is likewise **DENIED** and this matter is **DISMISSED**.

The Court must issue or deny a certificate of appealability ("COA") when it enters a final order adverse to a § 2254 petitioner. Rule 11, Rules Gov'g § 2254 Cases. For the reasons set forth in the Memorandum Opinion, the Court finds that the petitioner has not made a substantial showing of the denial of a constitutional right. Because an appeal by the petitioner on any of the issues raised in this petition would not merit further attention, the Court **DENIES** a **COA**. The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Rule 11(a), Rules Gov'g § 2254 Cases.

It is so **ORDERED**.

This is the final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

_____
Todd Campbell
United States District Judge